IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF CD 2006-CD3 COMMERCIAL MORTGAGE PASS THROUGH CERTIFICATES<br>*Plaintiff*<br><br>v.<br><br>RENAISSANCE LAND ASSOCIATES, L.P.<br>*Defendant* | : : : : : : : : : : : : : : : : | CIVIL ACTION<br><br>NO. 13-04362<br><br>FILED<br>OCT 25 2013<br>MICHAEL E. KUNZ, Clerk<br>By _____ Dep. Clerk |

**ORDER**

**AND NOW,** this 25th day of October, 2013, upon consideration of Defendant's *motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6)* [ECF 6], Plaintiff's response thereto [ECF 8], Defendant's reply [ECF 9], and the allegations contained in the complaint [ECF 1], it is hereby **ORDERED** that this motion to dismiss is **GRANTED**, and Plaintiff's complaint is **DISMISSED**, without prejudice, to Plaintiff's right to re-file in the appropriate state court in Montgomery County, Pennsylvania.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
NITZA I. QUIÑONES ALEJANDRO, J.